IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL CHERTOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| G.M. GOLDMAN & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, G.M. Goldman & Associates, Inc., by and through its undersigned counsel, and for its Notice of Removal pursuant to 28 U.S.C. §1441(a) and 1446, and in support thereof, states as follows:

1. On or about August 24, 2018, plaintiff filed a putative class action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, which was captioned *Daniel Chertok v. G.M. Goldman & Associates, Inc.*, and docketed at Case No. 2018 CH 10744. A copy of the state court complaint ("Complaint") is attached hereto as Exhibit A.

2. On August 29, 2018, plaintiff served a Summons and Complaint on defendant. A copy of the Summons and Affidavit of Service is attached as Exhibit B. This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days after service of the Summons and Complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

3. The Complaint asserts a federal cause of action against defendant for purported violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 et seq.

4. This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon the defendant. 28 U.S.C. § 1446(b).

5. 28 U.S.C. §1441(b) provides as follows:

(b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the state in which such action is brought.

6. The United States District Court for the Northern District of Illinois has jurisdiction over these claims due to the fact that the allegations against defendant contained in the complaint arise under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

7. In the complaint, plaintiff seeks recovery under the TCPA, the only statute referenced in the complaint.

8. The complaint invokes federal question jurisdiction because the allegations involve claims under the TCPA.

9. Concurrent with the filing of this Notice of Removal, defendant is filing a Notice of Filing Notice of Removal with the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

WHEREFORE, defendant, G.M. Goldman & Associates, Inc., respectfully requests that this case proceed in this court as an action properly removed to it.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

302554252v1 1013193

                                              HINSHAW & CULBERTSON LLP

                                              s/ *Todd P. Stelter*
                                              Todd P. Stelter
                                              One of Defendant's Attorneys

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL CHERTOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| G.M. GOLDMAN & ASSOCIATES, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

  I, Todd P. Stelter, an attorney, certify that I shall cause to be served a copy of **Notice of Removal** upon the below listed individual(s), by deposit in the U.S. mail, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **September 20, 2018.**

| | |
|---|---|
| ☒ CM/ECF | *To All Parties of Record* |
| ☐ Facsimile | |
| ☐ Federal Express | |
| ☐ Regular U.S. Mail | |
| ☐ Messenger | |
| ☐ E-Mail | |

HINSHAW & CULBERTSON LLP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

s/ *Todd P. Stelter*
Todd P. Stelter

302554252v1 1013193