## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Daniel Chertok
                                     Plaintiff,

v.                                                        Case No.: 1:18−cv−06407
                                                             Honorable John J. Tharp Jr.

G.M. Goldman & Associates, Inc.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Parties report that a settlement has been reached. The status hearing set for 12/4/18 is continued to 12/18/18 at 9:00 a.m. If a stipulated dismissal is filed, the hearing will be stricken. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.