**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DANIEL CHERTOK, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>G.M. GOLDMAN & ASSOCIATES, INC., )<br>)<br>Defendant. )<br>) | Case No.: 1:18-cv-06407<br><br>Judge Tharp |

## STIPULATION OF DISMISSAL

    The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A), to the dismissal of all claims by Plaintiff Daniel Chertok with prejudice, and the claims of putative class members without prejudice, against Defendant G.M. Goldman & Associates, Inc. in this action pursuant to settlement, the parties agreeing to bear their own costs and fees.


Plaintiff DANIEL CHERTOK,

By: /s/ Thomas A. Zimmerman, Jr.
    Thomas A. Zimmerman, Jr.
    *tom@attorneyzim.com*
    ZIMMERMAN LAW OFFICES, P.C.
    77 W. Washington St., Suite 1220
    Chicago, Illinois 60602
    (312) 440-0020

*Attorneys for Plaintiff*

Defendant G.M. GOLDMAN &
ASSOCIATES, INC.,

By: /s/ Todd P. Stelter
    Todd P. Stelter
    *tstelter@hinshawlaw.com*
    HINSHAW & CULBERTSON LLP
    151 N. Franklin St., Suite 2500
    Chicago, Illinois 60601
    (312) 704-3000

*Attorneys for Defendant*

2

**PROOF OF SERVICE**

      Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Stipulation of Dismissal* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System, on this day December 17, 2018.

                                       s/ Thomas A. Zimmerman, Jr.