**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Daniel Chertok
                              Plaintiff,

v.                                                       Case No.: 1:18−cv−06407
                                                            Honorable John J. Tharp Jr.

G.M. Goldman & Associates, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Upon review of the parties' joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), any scheduled hearings in this case are stricken and any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.